**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MATTHEW NIXON and PETER FLEMING, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>POND5, INC.,<br><br>Defendant | No. 24-cv-05823 (JLR)<br><br>**ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and the declaration of Mark David McPherson, together with the exhibits annexed thereto, Defendant Pond 5, Inc. respectfully moves this Court before the Honorable Jennifer L. Rochon to dismiss the Class Action Complaint with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

PLEASE TAKE FURTHER NOTICE that pursuant to the Order dated August 21, 2024 (ECF No. 14), Plaintiffs' opposition papers, if any, are to be filed on or before November 1, 2024, and reply papers are to be filed on or before November 22, 2024.

Dated: September 20, 2024
New York, New York

**GOODWIN PROCTER LLP**

By: /s/ *Mark David McPherson*___________
Mark David McPherson
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel. (212) 813-8800
Fax (212) 355-3333
mmcpherson@goodwinlaw.com

W. Kyle Tayman (admitted *pro hac vice*)
901 New York Avenue NW
Washington, DC 20001
Tel. (202) 346-4000
Fax (202) 346-4444

*Attorneys for Defendant Pond5, Inc.*