**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MATTHEW NIXON and PETER FLEMING, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>POND5, INC.,<br><br>Defendant | No. 24-cv-05823 (JLR) |

**<u>DECLARATION OF MARK DAVID MCPHERSON</u>**

Mark David McPherson, under penalty of perjury, makes this declaration pursuant to 28 U.S.C. § 1746:

1. I am a partner in the law firm Goodwin Procter LLP ("Goodwin") and counsel to Pond5, Inc. ("Pond5"), the Defendant in this action. I am a member in good standing of the bar of the State of New York and admitted to practice in this Court. I make this declaration based on my personal knowledge, and upon my review of documents. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would competently testify to the matters set forth herein.

2. I submit this declaration in support of Defendant's Motion to Dismiss the Class Action Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6).

3. Attached hereto as Exhibit A is a true and correct copy of the About Us section of Pond5's website, publicly available at https://www.pond5.com/about-us, last accessed on September 9, 2024.

4. Attached hereto as Exhibit B is a true and correct copy of the Stock Photos section, https://www.pond5.com/search?kw=&media=photo, part of Pond5's website captured

through the Wayback Machine as of August 3, 2024.

5. Attached hereto as Exhibit C is a true and correct copy of the Stock Video Footage section, https://www.pond5.com/search?kw=&media=footage, part of Pond5's website captured through the Wayback Machine as of August 3, 2024.

6. Attached hereto as Exhibit D is a true and correct copy of the Stock Illustrations section, https://www.pond5.com/search?kw=&media=illustration, part of Pond5's website captured through the Wayback Machine as of August 3, 2024.

7. Attached hereto as Exhibit E is a true and correct copy of the Sound Effects section, https://www.pond5.com/search?kw=&media=sfx, part of Pond5's website captured through the Wayback Machine as of August 3, 2024.

8. Attached hereto as Exhibit F is a true and correct copy of the Royalty Free Music section, https://www.pond5.com/search?kw=&media=music, part of Pond5's website captured through the Wayback Machine as of August 3, 2024.

9. Attached hereto as Exhibit G is a true and correct copy of the After Effects Templates section, https://www.pond5.com/search?kw=&media=ae, part of Pond5's website captured through the Wayback Machine as of August 3, 2024.

10. Attached hereto as Exhibit H is a true and correct copy of the PSDs Photoshop Templates section, https://www.pond5.com/search?kw=&media=images, part of Pond5's website captured through the Wayback Machine as of August 3, 2024.

11. Attached hereto as Exhibit I is a true and correct copy of the Free section of Pond5's website, publicly available at https://www.pond5.com/free, last accessed on September 9, 2024.

12. Attached hereto as Exhibit J is a true and correct copy of the specifications page

for a video titled "Lawyer Meeting Video," publicly available at https://www.pond5.com/stock-footage/item/62654249-lawyer-meeting, last accessed on September 9, 2024.

13. Attached hereto as Exhibit K is a true and correct copy of the Create Account page, publicly available at https://www.pond5.com/login, last accessed on September 9, 2024.

14. Attached hereto as Exhibit L is a true and correct copy of the Privacy Policy effective as of August 1, 2020, https://www.pond5.com/legal/privacy, part of Pond5's website captured through the Wayback Machine as of November 3, 2020.

15. Attached hereto as Exhibit M is a true and correct copy of the Privacy Policy effective as of February 28, 2023, publicly available at https://www.pond5.com/legal/privacy, last accessed on September 9, 2024.

16. Attached hereto as Exhibit N is a true and correct copy of the Free Expert Research page, publicly available at https://explore.pond5.com/free-research/, last accessed on September 9, 2024.

17. Attached hereto as Exhibit O is a true and correct copy of the Pond5 Projects page, publicly available at https://explore.pond5.com/free-quote/, last accessed on September 9, 2024.

18. Attached hereto as Exhibit P is a true and correct copy of the Terms of Use, publicly available at https://www.pond5.com/legal/terms, last accessed on September 9, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 20, 2024
New York, New York

/s/ *Mark David McPherson*
Mark David McPherson