**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MATTHEW NIXON and PETER FLEMING, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>POND5, INC.,<br><br>Defendant | No. 24-cv-05823 (JLR) |

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Pond5, Inc. hereby submits this Notice of Supplemental Authority issued by the United States Court of Appeals for the Second Circuit on June 20, 2025, *Hughes v. National Football League*, No. 24-2656 (2d Cir. 2025) (summary order). A true and correct copy of the Second Circuit's opinion is attached as Exhibit 1.

The Second Circuit's opinion reiterates the binding authority in support of Defendant's pending Motion to Dismiss based on Plaintiffs' failure to allege the disclosure of personally identifiable information. In *Hughes*, the Second Circuit states that the prior ruling in *Solomon v. Flipps Media, Inc.*, 136 F. 4th 41 (2d Cir. 2025) "effectively shut the door for Pixel-based VPPA claims," as an ordinary person could not identify a plaintiff by their Facebook ID. (Op. 4-6.)

*Hughes* further confirms that Plaintiffs' case should be dismissed for failure to state a violation of the VPPA. As Pond5 has argued, Plaintiffs "do not allege the transmission of anything other than an encrypted Facebook ID to Meta," which is nothing more than a "random string of characters." (ECF No. 17 at 19.) "Nor do Plaintiffs allege how 'an ordinary person' could identify their video viewing behavior based on information transmitted to Facebook." (*Id.* 20.) As the Second Circuit has now twice held, this is dispositive of Plaintiffs' claim.

Respectfully submitted,

Dated: June 24, 2025
New York, New York

**GOODWIN PROCTER LLP**

By: /s/ *Mark David McPherson*
Mark David McPherson
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel. (212) 813-8800
Fax (212) 355-3333
mmcpherson@goodwinlaw.com

W. Kyle Tayman (admitted *pro hac vice*)
901 New York Avenue NW
Washington, DC 20001
Tel. (202) 346-4000
Fax (202) 346-4444

*Attorneys for Defendant Pond5, Inc.*