**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MATTHEW NIXON and PETER FLEMING, on behalf of themselves and all others similarly situated,

                Plaintiff,

-against-                                        24 **CIVIL** 5823 (JLR)

                                                          **<u>JUDGMENT</u>**

POND5, INC.,

                Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 21, 2025, the Court has DENIED Pond5's motion to dismiss pursuant to Rule 12(b)(1), but has GRANTED its motion to dismiss pursuant to Rule 12(b)(6). Plaintiffs' request for leave to amend is DENIED. The Complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

       July 21, 2025

                                                      **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                            **BY:**       K. Mango

                                                      **Deputy Clerk**